UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CARLOS ALBERTO BRITO )
PACHECO )
 )
Petitioner, )
 )
v. )
 )
CRAIG SHEPLEY, )
*in his official capacity as* )
*Deputy Chief Patrol Agent of* )
*Fort Fairfield Sector, U.S. Customs* )
*and Border Protection*, et al., )
 )
Respondents. )

No. 1:26-cv-00151-JAW

## ORDER TO SHOW CAUSE

On March 21, 2026, Carlos Alberto Brito Pacheco filed a verified petition for writ of habeas corpus, seeking his immediate release from immigration detention. *Verified Pet. for Writ of Habeas Corpus* (ECF No. 1) (*Pet.*). Mr. Brito Pacheco, a resident of Maine, is an Ecuadorian citizen who entered the United States in 2022 without inspection or detention by the U.S. Department of Homeland Security (DHS). *Id.* ¶¶ 1-2. On March 12, 2026, DHS agents arrested and detained Mr. Brito Pacheco while he was working and delivering packages. *Id.* ¶ 3. He remains in U.S. Customs and Border Protection (CBP) custody in Van Buren, Maine. *Id.*; *Min. Entry* (ECF No. 9). Mr. Brito Pacheco alleges that his detention violates federal law and his due process rights under the Fifth Amendment of the United States Constitution. *Pet.* ¶¶ 25-44. He seeks a writ of habeas corpus ordering his immediate release. *Id.* at 16.

In accordance with 28 U.S.C. § 2243, the Court ORDERS Respondents to SHOW CAUSE by no later than Thursday, March 26, 2026 why this petition for a writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243. The Court further ORDERS Carlos Alberto Brito Pacheco to file his reply no later than Sunday, March 29, 2026. The Court also ORDERS both Respondents and Mr. Brito Pacheco to include in their respective briefings their position on whether any additional documentation provide by the parties, beyond Mr. Brito Pacheco's verified petition, will comprise the evidentiary record.

Finally, the Court extends, pending further order of the Court, its March 21, 2026 emergency order, *Emer. Order Concerning Stay of Transfer of Removal* (ECF No. 3), ordering Respondents not to remove Carlos Alberto Brito Pacheco from the jurisdiction of the United States or transfer him to a judicial district outside that of Maine. However, if it is necessary to remove Mr. Brito Pacheco from the District of Maine to attend a bond hearing before an Immigration Judge outside the District of Maine, Respondents are specifically authorized to do so.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of March, 2026