UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CARLOS ALBERTO BRITO PACHECO, | ) | |
| Petitioner | ) | |
| v. | ) | CIVIL NO.: 1:26-cv-00151-JAW |
| CRAIG SHEPLEY, et al. | ) | |
| Respondents | ) | |

JUDGMENT

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge John A. Woodcock, Jr., on March 27, 2026;

The Amended Verified Petition for Writ of Habeas Corpus, ECF 12 is granted in part and denied in part. The Verified Petition for Writ of Habeas Corpus, ECF 1 is Dismissed as moot.

Jennifer P. Lyons, Clerk

By: /s/ Joanne McCue
Deputy Clerk

Dated: March 30, 2026